**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 53 EM 2016 |
| Petitioner | : | |
| v. | : | |
| CLERK OF COURT, CT. COM PL. PHILA., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.